**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,       :   16 CR. 615 (RMB)
                                           :
      - against -                         :   **ORDER**
                                           :
JOSEPH DIBENEDETTO,                        :
                                           :
                Defendant.        :
------------------------------------------------------------x

The vosr hearing scheduled for Tuesday, July 25, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: July 24, 2023
       New York, NY

                                        _____
                                          RICHARD M. BERMAN
                                                U.S.D.J.