UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Joseph DiBenedetto,
Reg. No. 75911-054,

                    Defendant.

No. 16 CR 615 (RMB)
ORDER

For the reasons stated on the record on July 25, 2023, the Defendant shall be produced at the U.S. Marshals Office, 500 Pearl Street, New York, NY by 9:00AM on Tuesday, August 8, 2023. Mr. DiBenedetto shall then be released to the care and custody of Clay Kaminsky, Esq., Federal Defenders, in order to effectuate immediate placement in a residential drug treatment facility. Mr. DiBenedetto shall be transported directly to residential drug treatment facility, with the assistance of Mr. Kaminsky and/or other members of his staff.

SO ORDERED.

Dated:    August 7, 2023
            New York, New York

*Richard M. Berman*
RICHARD M. BERMAN, U.S.D.J.