UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>Joseph DiBenedetto,<br>Reg. No. 75911-054,<br><br>                    Defendant. | No. 16 CR 615 (RMB)<br><u>ORDER</u> |

For the reasons stated on the record on July 25, 2023, the terms of the Defendant's supervised release conditions are modified to include immediate placement in long term residential drug treatment program. All other terms and conditions of Defendant's sentence imposed on July 25, 2017, remain in effect.

SO ORDERED.

Dated:  August 7, 2023
         New York, New York

_____
RICHARD M. BERMAN, U.S.D.J.