**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                Government,   :   16 CR. 615 (RMB)
                                    :
   - against -                     :   **ORDER**
                                    :
                                    :
JOSEPH DIBENEDETTO,                 :
                                    :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, March 11, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: March 5, 2025
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.