```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :     ORDER
                                    :
        - v -                       :     16 Cr. 615 (RMB)
                                    :
JOSEPH DIBENEDETTO,                 :
Reg. No. 75911-054                  :
                                    :
                    Defendant.      :
------------------------------------x
```

Upon the record of the March 11, 2025 proceedings in this matter and March 13, 2025 application of counsel, it is hereby

**ORDERED** that Joseph DiBenedetto (Reg. No. 75911-054) shall be produced at the U.S. Marshals Office, 500 Pearl Street, New York, NY by 9:00 AM on Thursday, March 20, 2025. Mr. DiBenedetto shall be then released to the care of U.S. Probation, in order to effectuate immediate placement at Samaritan Daytop Village Residential Treatment Facility in Ellenville, NY.

Dated: New York, New York           SO ORDERED:
       March 18, 2025

                                    _____
                                    HONORABLE RICHARD M. BERMAN
                                    United States District Judge