**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,  :    16 CR. 615 (RMB)
                                         :
   - against -                          :    **ORDER**
                                         :
                                         :
JOSEPH DIBENEDETTO,                      :
                                         :
                Defendant.   :
---------------------------------------------------------------x

       The sentencing scheduled for Tuesday, May 20, 2025 at 1:00 P.M. will take place in Courtroom 17B.

Dated: May 14, 2025
       New York, NY

                                            _____
                                               RICHARD M. BERMAN
                                                     U.S.D.J.