**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :

                        Government,       :     16 CR. 615 (RMB)

     - against -               :     **ORDER**

JOSEPH DIBENEDETTO,             :

                        Defendant.       :
---------------------------------------------------------------x

      The sentencing scheduled for Tuesday, June 3, 2025 at 2:00 P.M. will take place in Courtroom 17B.

Dated: May 28, 2025
      New York, NY

                                              RICHARD M. BERMAN
                                                    U.S.D.J.